SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar Number 8264
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00314-APG-NJK |
| Plaintiff, | **ORDER GRANTING** |
| v. | **Motion for Government Attorney Appearance Under Local Rule IA 11-3** |
| LAKEIBIA T. FANNIN, | |
| Defendant. | |

    The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that John Gerardi, Trial Attorney with the Tax Division of the United States Department of Justice, be permitted to appear before this Court in the above-captioned case.

    Trial Attorney Gerardi is a member in good standing of the bar of the District of Columbia. He is employed by the United States as an attorney, and, in the course and

///
///
///

scope of his employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated: October 27, 2025

          Respectfully submitted,

          */s/ Susan Cushman*
          SUSAN CUSHMAN
          Assistant United States Attorney
          Chief, Criminal Division

IT IS SO ORDERED:

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Dated: October 28, 2025