**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

LAKEIBIA T. FANNIN,

      Defendant.

Case No. 2:25-cr-00314-APG-NJK

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for March 19, 2026 at 9:30 a.m., be vacated and continued to May 20, 2026 at the hour of 9:00 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 5th day of March, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3