RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Lakeibia T. Fannin

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00314-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| LAKEIBIA T. FANNIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and John Gerardi, Trial Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Lakeibia T. Fannin, that the Sentencing Hearing currently scheduled on May 20, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel needs additional time to prepare for sentencing.

2. On or about April 20, 2026, Ms. Fannin was diagnosed with cancer[1]. She is in the very early stages of determining the full scope of her diagnosis and formulating a treatment plan with her physicians. Additional time is requested so she can address this health issue before moving forward with sentencing.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 22nd day of April, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General

By /s/ Keisha K. Matthews
KEISHA K. MATTHEWS
Assistant Federal Public Defender

By /s/ John Gerardi
John Gerardi
Trial Attorney

---

[1] Medical records indicating Ms. Fannin's diagnosis were emailed to government counsel on April 21, 2026.

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

LAKEIBIA T. FANNIN,

      Defendant.

Case No. 2:25-cr-00314-APG-NJK

**ORDER**

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for May 20, 2026 at 9:00 a.m., be vacated and continued to <u>August 25, 2026</u> at the hour of <u>1:30 p.</u>m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this <u>23rd</u> day of April, 2026.

                          ANDREW P. GORDON
                          CHIEF UNITED STATES DISTRICT JUDGE