RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Lakeibia T. Fannin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAKEIBIA T. FANNIN,

Defendant.

Case No. 2:25-cr-00314-APG-NJK

**STIPULATION TO CONTINUE SENTENCING HEARING**
(Fourth Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General, and John Gerardi, Trial Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Lakeibia T. Fannin, that the Sentencing Hearing currently scheduled on September 22, 2026, be vacated and continued to September 25, 2026 at 9:00 a.m.

This Stipulation is entered into for the following reasons:

1. Defense counsel requests a short continuance to accommodate her travel to the Northern District of Illinois to appear virtually with Ms. Fannin for the sentencing hearing.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fourth request for a continuance of the sentencing hearing.

DATED this 11th day of August, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Attorney General |
| By <u>*/s/ Keisha K. Matthews*</u><br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By <u>*/s/ John Gerardi*</u><br>John Gerardi<br>Trial Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAKEIBIA T. FANNIN,

Defendant.

Case No. 2:25-cr-00314-APG-NJK

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for September 22, 2026 at 1:30 p.m., be vacated and continued to September 25, 2026 at the hour of 9:00 a.m.

DATED this 14th day of September, 2026.

UNITED STATES DISTRICT JUDGE